PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:97CR00216-01** |
| ) | |
| **RONALD LEE CHAPPELL** ) | |

On December 10, 2004, the above-named commenced Supervised Release for a period of 3 years. On August 22, 2006, this office was notified by United States Probation Officer Mark J. Walker, District of Oregon, that Ronald Lee Chappell was confirmed dead by an Adult Nurse Practioner caring for Mr. Chappell on July 25, 2006 (attached is a copy of the notification). It is accordingly recommended that this case be closed.

Respectfully submitted,

*[signature]*

**LINDA L. ALGER
Senior United States Probation Officer**

Dated:   November 16, 2006
    Sacramento, California
    LLA

**REVIEWED BY:** *[signature]*

**KAREN A. MEUSLING
Supervising United States Probation Officer**

Re:   Ronald Lee CHAPPELL
      Docket Number:  2:97CR00216-01
      ORDER TERMINATING TERM OF SUPERVISED RELEASE
      PRIOR TO EXPIRATION DATE - NOTICE OF DEATH

## ORDER OF COURT

It is ordered that the proceedings in this case be terminated and the case closed.

11-21-06
Date

Garland E. Burrell, Jr.
United States District Judge

LLA
Attachment:   Notification
cc:   United States Attorney's Office
      FLU Unit - AUSA's Office
      Fiscal Clerk, Clerk's Office
      Restitution Accounts - Victims